IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| PAUL B. DALNOKY,<br><br>         Plaintiff,<br><br>     v.<br><br>THE SOCIAL SECURITY<br>ADMINISTRATION,<br><br>         Defendant. | Civil No. 24-7850 (RMB)<br><br><br>**MEMORANDUM ORDER** |

**THIS MATTER** comes before the Court upon Plaintiff Paul B. Dalnoky's application requesting that he may proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C. § 1915, and the Court having reviewed Plaintiff's IFP application, and whereas Plaintiff, in his IFP application, certifies that his average monthly income is $2,490, his average monthly expenses are $2,579, he has about $1,400 in checking accounts, $45 in cash, $13,500 in an IRA, but no other assets, *see* Docket No. 1-2, and whereas in his Complaint, Plaintiff states that starting in September 2024, he will receive $1,496 a month in social security retirement benefits, *see* Compl. ¶ 1 (Docket No. 1), and whereas "leave to proceed *in forma pauperis* is based on a showing of indigence[,]" *Douris v. Newtown Borough, Inc.,* 207 F. App'x 242, 243 (3d Cir. 2006), and whereas Plaintiff "must establish that he is unable to pay the costs of his suit[,]" *Hurst v. Shalk*, 659 F. App'x 133, 134 (3d Cir. 2016) (citation and internal quotation marks omitted), and whereas, after considering Plaintiff's income, assets, and expenses listed in his IFP application, as well as the social security retirement benefits Plaintiff states he will receive, the Court finds Plaintiff has failed to establish that he cannot pay the cost of litigation, and for other good cause shown,

**IT IS** on this **14th** day of **January**, **2025**, hereby:

**ORDERED** that Plaintiff's IFP application is **DENIED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiff may submit the required $405.00 filing fee or file a renewed Application to Proceed without Prepaying Fees or Costs within 30 days of the date of this Order; and it is finally

**ORDERED** that the Clerk of the Court shall close this matter and serve a copy of this Order upon Plaintiff by regular U.S. mail.

**s/Renée Marie Bumb**
RENÉE MARIE BUMB
Chief United States District Judge
